

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Barbat, individually, and on behalf of all others similarly situated | Civil Action No. 23cv00330-MMA-DDL |
| **Plaintiff,** | |
| V. | |
| Sharp Healthcare | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Court DECLINES to exercise subject matter jurisdiction over, and therefore DISMISSES, the individual action of Barbat v. Sharp Healthcare, 23-cv-330-MMA-DDL, pursuant to 28 U.S.C. § 1332(d)(4)(B) and without prejudice to filing this action in state court.

Date:       3/20/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  A. Santiago
                                A. Santiago, Deputy